Commonwealth *v.* Wilson, Appellant.

Before Spar-
vero, J.

Submitted November 11, 1974. *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth ex rel. Gibson *v.* Gibson, Appellant.

Before Mountenay, J.

Submitted June 14, 1974. *Armin J. R. Frost,* for appellant; *J. H. Karsch, Thomas F. J. MacAniff,* and *Eastburn and Gray,* for appellee.

Order affirmed.

Kazmer et ux., Appellants, *v.* Meyers et al.

Submitted November 16, 1974. *Blair V. Pawlowski,* for appellants; *Edward F. Peduzzi, James A. Nelson,* and *Nelson & Nelson,* for appellees.

Order affirmed.